**Order entered February 10, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-23-00063-CR

**DAVID GENE PETERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F22-00349**

## ORDER

Appellant's motion for extension of time to file notice of appeal is **GRANTED**, and appellant's notice of appeal is considered timely for jurisdictional purposes.

The clerk's record and the reporter's record are due **FEBRUARY 24, 2023**.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; Kendra L. Thibodeaux, Official Court Reporter, 204th Judicial District Court; and to counsel for all parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE